UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR.<br><br>    Plaintiff,<br><br>    v.<br><br>COMMONWEALTH MARKETING GROUP, INC., a Pennsylvania corporation, and JOHN DOES 1-10,<br><br>    Defendants. | NO.  CV-08-5074-EFS<br><br>**ORDER GRANTING DEFENDANT COMMONWEALTH'S MOTION FOR PROTECTIVE ORDER** |
| COMMONWEALTH MARKETING GROUP, INC. a Pennsylvania corporation,<br><br>    Third-Party Plaintiff<br><br>    v.<br><br>IMPULSE MARKETING GROUP, INC.,<br><br>    Third-Party Defendant | |

Before the Court, without oral argument, is Defendant Commonwealth Marketing Group, Inc.'s ("Commonwealth") Motion for Protective Order (Ct. Rec. 22), which requests that the Court issue a protective order authorizing the limited public disclosure of a confidential settlement agreement, dated October 12, 2004, that Defendant and Plaintiff James S. Gordon, Jr. entered into in a prior lawsuit.  No response was filed. Failure to respond is considered consent to entry of an adverse Order.

ORDER ~ 1

LR 7.1(h)(5). Additionally, the Court finds that good cause exists to enter a protective order allowing the limited disclosure of the prior settlement agreement given that Commonwealth has raised an affirmative defense of release based on the settlement agreement. Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant Commonwealth's Motion for Protective Order **(Ct. Rec. 22)** is **GRANTED.**

2. The Settlement Agreement, dated October 12, 2004, may be disclosed in whole or in part, to any third party if Plaintiff and Commonwealth agree in writing.

3. In addition, Plaintiff and Commonwealth may disclose the Settlement Agreement, dated October 12, 2004, in whole or in part, without the consent of the other party to the following individuals, with a notation that the document is "confidential:"

    a. Counsel, including legal staff, for any and all parties to this action;

    b. Consultants and experts retained in good faith to assist the party in evaluating a claim or defense or litigating this lawsuit;

    c. the Court, including court personnel, court reporters, and stenographers employed in connection with this action (The Settlement Agreement shall be submitted under seal if filed);

    d. any party to this action, including the party's employees, agents, and officers, after such individual agrees in writing to maintain the confidentiality of the

ORDER – 2

Settlement Agreement; and

e. any witness who is asked or is reasonably likely to be asked to testify about the Settlement Agreement after such witness agrees in writing to maintain the confidentiality of the Settlement Agreement.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide a copy to Plaintiff and counsel.

**DATED** this ___25th___ day of June 2009.


                              S/ Edward F. Shea
                              EDWARD F. SHEA
                       UNITED STATES DISTRICT JUDGE

Q:\Civil\2008\5074.protectiveorder.wpd

ORDER – 3