**THE HONORABLE LONNY R. SUKO**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
OCT 22 2009
JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| JAMES S. GORDON, JR., Franklin County, Washington,<br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH MARKETING GROUP, INC., AND JOHN DOES 1-10,<br>Defendants,<br><br>v.<br><br>IMG ASSOCIATES, LLC, a Georgia limited liability company,<br>Third Party Defendant | NO. CV-08-5074-LRS<br><br>MOTION TO SHORTEN TIME OR EXPEDITE PLAINTIFF'S MOTION FOR LEAVE TO FILE A SURREPLY TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

TO: CLERK OF THE COURT

AND TO: COUNSEL FOR DEFENDANTS

Plaintiff is seeking leave of the court to file his sur-reply to defendant's REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT. That brief and motion accompany this motion – on shortened time.

Plaintiff is using his best efforts to understand and employ the proper procedure under the rules, but he does not fully comprehend the order of things, yet. In the interests of time and resources, plaintiff asks the court to forgive any immaterial errors in the filing of this and the accompanying documents and rule on the merits of the arguments contained herein and therein.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Dated this 22nd day of October, 2009.

James S. Gordon, Jr.
9804 Buckingham Drive
Pasco, WA 99301
509-210-1069

## CERTIFICATE OF SERVICE

I, hereby, certify that on October 22, 2009, I filed this document with the court and mailed a copy to counsel for Defendants.

James S. Gordon, Jr.