AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### *Eastern District of Washington*

JAMES S. GORDON, et. al.,

                        Plaintiffs,

                        JUDGMENT IN A CIVIL CASE

           v.

COMMONWEALTH MARKETING GROUP, INC., et al.,
                      Defendants.    CASE NUMBER: CV-08-5074-LRS

IMG ASSOCIATES, LLC,

                      Third Party Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard  and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants pursuant to the Order Granting Summary Judgment for Defendants entered on November 9, 2009, Ct. Rec. 91.

November 9, 2009                      JAMES R. LARSEN
*Date*                                       *Clerk*
                                             s/ Cora Vargas
                                             *(By) Deputy Clerk*
                                             Cora Vargas