AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### *Eastern District of Washington*

JAMES S. GORDON, et al.,

      Plaintiffs,

      v.

COMMONWEALTH MARKETING GROUP, INC., et al.,

      Defendants,

IMG ASSOCIATES, LLC,

      Third Party Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-08-5074-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order Granting CMG's Motion for Summary Judgment entered on September 28, 2011, judgment is entered against Third Party Defendant IMG Associates, LLC, and in favor of Defendant Commonwealth Marketing Group, Inc. ("CMG") in the amount of $131,938.93.

| | |
|---|---|
| September 28, 2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |