HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Honorable Lonny R. Suko

Attorneys for Defendant
Commonwealth Marketing Group, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| JAMES S. GORDON, JR., a Washington resident,<br><br>           Plaintiff,<br>  v.<br><br>COMMONWEALTH MARKETING GROUP, INC., a Pennsylvania corporation; and JOHN DOES 1-10,<br><br>           Defendants,<br>  v.<br><br>IMG ASSOCIATES LLC, a Georgia limited liability company,<br><br>           Third Party Defendant. | Case No. CV-08-5074-LRS<br><br>**COMMONWEALTH'S MOTION TO REGISTER JUDGMENT IN ANOTHER DISTRICT** |

      Third Party Plaintiff Commonwealth Marketing Group, Inc. moves for an order authorizing the registration of its judgment in another district for good cause

COMMONWEALTH'S MOTION TO REGISTER JUDGMENT IN ANOTHER DISTRICT: CV-08-5074-LRS - 1

**Hillis Clark Martin & Peterson P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

pursuant to the Court's authority under 28 U.S.C. § 1963.

DATED this 9th day of November, 2011.

HILLIS CLARK MARTIN & PETERSON P.S.

By   s/Amit D. Ranade
     Amit D. Ranade, WSBA #34878
     Alexander M. Wu, WSBA #40649
     Hillis Clark Martin & Peterson P.S.
     1221 2nd Ave., Suite 500
     Seattle, WA 98101
     Telephone: (206) 623-1745
     Fax: (206) 623-7789
     Email: adr@hcmp.com; amw@hcmp.com
Attorneys for Third Party Plaintiff
Commonwealth Marketing Group, Inc.

COMMONWEALTH'S MOTION TO REGISTER JUDGMENT IN ANOTHER DISTRICT: CV-08-5074-LRS - 2

**Hillis Clark Martin & Peterson P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

# CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of November, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system; and mailed a copy to Plaintiff as follows:

James S. Gordon, Jr.
9804 Buckingham Drive
Pasco, WA 99301

DATED this 9th day of November, 2011 at Seattle, Washington.

s/ Amit D. Ranade
Amit D. Ranade, WSBA #34878

ND: 19630.003  4852-4583-6045v1

COMMONWEALTH'S MOTION TO REGISTER JUDGMENT IN ANOTHER DISTRICT: CV-08-5074-LRS - 3

**Hillis Clark Martin & Peterson P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101
Telephone: (206) 623-1745
Facsimile: (206) 623-7789