HILLIS CLARK MARTIN & PETERSON P.S.   Honorable Lonny R. Suko
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Attorneys for Defendant
Commonwealth Marketing Group, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| JAMES S. GORDON, JR., a Washington resident,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH MARKETING GROUP, INC., a Pennsylvania corporation; and JOHN DOES 1-10,<br><br>Defendants,<br><br>v.<br><br>IMG ASSOCIATES LLC, a Georgia limited liability company,<br><br>Third Party Defendant. | Case No. CV-08-5074-LRS<br><br>**MEMORANDUM IN SUPPORT OF COMMONWEALTH'S MOTION TO REGISTER JUDGMENT IN ANOTHER DISTRICT** |

## I.   INTRODUCTION

The Court entered summary judgment against Third Party Defendant IMG Associates LLC for its breach of its duty to defend Third Party Plaintiff

MEMORANDUM IN SUPPORT OF MOTION TO REGISTER JUDGMENT IN ANOTHER DISTRICT: CV-08-5074-LRS- 1

**Hillis Clark Martin & Peterson P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Commonwealth Marketing Group, Inc. against Plaintiff James S. Gordon, Jr.'s claims. IMG has appealed the Court's decision. Because IMG's principal place of business is located in the State of Georgia, and IMG has no assets located in the State of Washington, Commonwealth respectfully requests that the Court find that good cause exists to register its judgment in the State of Georgia, and order the Clerk of the Court to so certify.

## II.   EVIDENCE RELIED UPON

This Motion relies on the Declaration of Amit Ranade in Support of Motion for Summary Judgment ("Ranade Dec."), with exhibits.

## III.   STATEMENT OF FACTS

The Court entered summary judgment against IMG on Commonwealth's third party complaint against IMG. (Ord. Granting CMG's Mot. for Sum. Judg., ECF No. 134; Judg. in a Civil Case, ECF No. 135.) IMG has appealed the Court's decision, but it has not moved to stay enforcement of the Court's judgment. (*See* Notice of Appeal, ECF No. 136.) Commonwealth has been unable to locate any assets owned by IMG in the State of Washington that may be used to satisfy the Court's judgment. Ranade Dec. ¶ 2. However, IMG's principal place of business is located in the State of Georgia, and to the best of Commonwealth's knowledge, IMG has assets within the State of Georgia that may be used to satisfy the Court's judgment. *Id*.

## IV.   AUTHORITY AND ARGUMENT

A district court has authority, after entering judgment, to grant a motion for immediate registration of its judgment in another district for "good cause." 28 U.S.C. § 1963; *see also Pacific Reinsurance Mgmt. Corp. v. Fabe*, 929 F.2d 1215, 1218 (7th Cir. 1991). "Good cause" exists when the judgment debtor has insufficient assets within the rendering district to satisfy the judgment, but has

MEMORANDUM IN SUPPORT OF MOTION TO REGISTER JUDGMENT IN ANOTHER DISTRICT: CV-08-5074-LRS- 2

Hillis Clark Martin & Peterson P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

assets located in the proposed registration district.  *Columbia Picture Television, Inc. v. Krypton Broad. of Birmingham, Inc.*, 259 F.3d 1186, 1197-98 (9th Cir. 2001).

Here, Commonwealth has been unable to locate any assets owned by IMG in the State of Washington.  However, IMG's principal place of business is located in the State of Georgia, and to the best of Commonwealth's knowledge, IMG has assets within the State of Georgia that may be used to satisfy the Court's judgment.  The Court should therefore enter an order finding that good cause exists such that its judgment may be registered in the State of Georgia, and order the Clerk of the Court to so certify to facilitate registration.

## V.   CONCLUSION

For the reasons set forth above, the Court should authorize immediate registration of its judgment in the State of Georgia.

Dated this 9th day of November, 2011.

> HILLIS CLARK MARTIN & PETERSON P.S.
>
> By   s/Amit D. Ranade
> Amit D. Ranade, WSBA #34878
> Alexander M. Wu, WSBA #40649
> Hillis Clark Martin & Peterson P.S.
> 1221 2nd Ave., Suite 500
> Seattle, WA 98101
> Telephone: (206) 623-1745
> Fax: (206) 623-7789
> Email: adr@hcmp.com; amw@hcmp.com
> Attorneys for Third Party Plaintiff
> Commonwealth Marketing Group, Inc.

MEMORANDUM IN SUPPORT OF MOTION TO REGISTER JUDGMENT IN ANOTHER DISTRICT: CV-08-5074-LRS- 3

**Hillis Clark Martin & Peterson P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington  98101
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

# CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of November, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system; and mailed a copy to Plaintiff as follows:

James S. Gordon, Jr.
9804 Buckingham Drive
Pasco, WA 99301

DATED this 9th day of November, 2011 at Seattle, Washington.

s/ Amit D. Ranade
Amit D. Ranade, WSBA #34878

ND: 19630.003 4822-9337-3709v2

MEMORANDUM IN SUPPORT OF MOTION TO REGISTER JUDGMENT IN ANOTHER DISTRICT: CV-08-5074-LRS- 4

**Hillis Clark Martin & Peterson P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101
Telephone: (206) 623-1745
Facsimile: (206) 623-7789